UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
Southern Division

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR MICHIGAN HERITAGE BANK; AND TIMOTHY J. CUTTLE, <br><br> Defendants. | Case No.: 11-14816-BAF-MKM <br> Hon. Bernard A. Friedman <br> Magistrate Judge Mona K. Majzoub |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO COMPEL AND PROPOSED ORDER**

This stipulation is made in the context of the following facts:

Defendant Federal Deposit Insurance Corporation as Receiver for Michigan Heritage Bank ("FDIC-R") filed a Motion to Compel [Dkt. No. 48] against Plaintiff Progressive Casualty Insurance Company ("Progresssive") on October 3, 2013. Progressive's response to the Motion is currently due on or by Monday, October 21, 2013. Due to scheduling conflicts, Progressive's counsel requested an extension of time, until October 30, 2013, to file its response, to which FDIC-R's counsel has consented. Accordingly, contingent on the Court's permission, Progressive and FDIC-R have stipulated that Progressive shall respond to the Motion by October 30, 2013.

The Parties, through their attorneys, hereby stipulate to the foregoing and to entry of an order in accordance therewith.

1

Respectfully submitted this 18th day of October, 2013.

 /s/ Charles W. Chotvacs
Lewis K. Loss
Matthew J. Dendinger
Charles W. Chotvacs
LOSS, JUDGE & WARD, LLP
Two Lafayette Centre
1133 21st Street, N.W., Suite 450
Washington, D.C.  20036
Telephone: (202) 778-4078
Facsimile: (202) 778-4099
lloss@ljwllp.com
mdendinger@ljwllp.com
cchotvacs@ljwllp.com

    -and-

Thomas H. Howlett
THE GOOGASIAN FIRM, P.C.
6895 Telegraph Road
Bloomfield Hills, MI  48301
Telephone: (248) 540-3333
Facsimile: (248) 540-7213
thowlett@googasian.com

*Counsel for Plaintiff*
*Progressive Casualty Insurance Company*

 /s/ Edward J. Hood
Edward J. Hood
David A. Breuch
CLARK HILL PLC
500 Woodward Avenue, Ste. 3500
Detroit, MI 48226-3435
Telephone: (313) 965-8300
Facsimile: (313) 965-8252
ehood@clarkhill.com
dbreuch@clarkhill.com

*Counsel for Defendant Federal Deposit Insurance Corporation as Receiver for Michigan Heritage Bank*

## **ORDER**

IT IS SO ORDERED that Plaintiff Progressive Casualty Insurance Company shall have until October 30, 2013 to file its response to Defendant Federal Deposit Insurance Corporation as Receiver of Michigan Heritage Bank's Motion to Compel [Dkt. No. 48].

Further, the Court extends the date for the parties to file their Joint Statement of Resolved and Unresolved Issues to November 18 , 2013.


October 18 , 2013                                         s/ Mona K. Majzoub
                                                          Mona K. Majzoub
                                                          United States Magistrate Judge