# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# Southern Division

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR MICHIGAN HERITAGE BANK; AND TIMOTHY J. CUTTLE, <br><br> Defendants. | Case No.: 11-14816-BAF-MKM <br> Hon. Bernard A. Friedman <br> Magistrate Judge Mona K. Majzoub |

## **STIPULATION FOR THIRD ADJOURNMENT OF SCHEDULING ORDER DATES**

The Parties, through their attorneys, stipulate to entry of an order adjourning scheduling order dates as set forth in the table below, to accommodate the Parties' ongoing discovery activities, including the further production of documents and electronically stored information and fact and expert depositions.[1]

The Parties respectfully propose the following dates:

| | **Current Date** | **Revised Date** |
|---|---|---|
| **Discovery Cutoff** | January 31, 2014 | June 2, 2014 |
| **Motion Cutoff** | April 1, 2014 | July 31, 2014 |
| **Mediation/Settlement (ADR) Referral** | May 30, 2014 | September 29, 2014 |
| **Final Pretrial** | September 8, 2014 at 1:00 pm | [As determined by the Court] |
| **Trial** | September 23, 2014 at 9:00 am | [As determined by the Court] |

---

[1] The original scheduling order was entered by the Court on November 2, 2012 (Dkt. No. 36). The Parties' first stipulated adjournment was entered by the Court on March 26, 2013 (Dkt. No. 42). The Parties' second stipulated adjournment was entered by the Court on August 27, 2013 (Dkt. No. 44).

**STIPULATION**

The Parties, through their attorneys, stipulate to the foregoing and to entry of an order in accordance therewith.

| | |
|---|---|
| /s/ Charles W. Chotvacs | /s/ Edward J. Hood |
| Lewis K. Loss | Edward J. Hood |
| Matthew J. Dendinger | David A. Breuch |
| Charles W. Chotvacs | CLARK HILL PLC |
| LOSS, JUDGE & WARD, LLP | 500 Woodward Avenue, Ste. 3500 |
| Two Lafayette Centre | Detroit, MI 48226-3435 |
| 1133 21st Street, N.W., Suite 450 | Telephone: (313) 965-8300 |
| Washington, D.C. 20036 | Facsimile: (313) 965-8252 |
| Telephone: (202) 778-4078 | ehood@clarkhill.com |
| Facsimile: (202) 778-4099 | dbreuch@clarkhill.com |
| lloss@ljwllp.com | |
| mdendinger@ljwllp.com | *Counsel for Defendant Federal* |
| cchotvacs@ljwllp.com | *Deposit Insurance Corporation* |
| | *as Receiver for Michigan Heritage* |
| -and- | *Bank* |
| Thomas H. Howlett | |
| THE GOOGASIAN FIRM, P.C. | |
| 6895 Telegraph Road | /s/ Sarah Heisler Gidley |
| Bloomfield Hills, MI 48301 | Ronn S. Nadis |
| Telephone: (248) 540-3333 | Sarah Heisler Gidley |
| Facsimile: (248) 540-7213 | COUZENS, LANSKY, FEALK, ELLIS |
| thowlett@googasian.com | ROEDER & LAZAR, P.C. |
| | 39395 W. Twelve Mile Rd., Ste. 200 |
| *Counsel for Plaintiff* | Farmington Hills, MI 48331-2913 |
| *Progressive Casualty Insurance Company* | Telephone: (248) 489-8600 |
| | Facsimile: (248) 324-2675 |
| | ronn.nadis@couzens.com |
| | sarah.gidley@couzens.com |
| | |
| | *Counsel for Defendant* |
| | *Timothy J. Cuttle* |

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
Southern Division

| | | |
|---|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 11-14816-BAF-MKM Hon. Bernard A. Friedman |
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR MICHIGAN HERITAGE BANK; AND TIMOTHY J. CUTTLE, | ) ) ) ) ) | Magistrate Judge Mona K. Majzoub |
| Defendants. | ) ) | |

**STIPULATED ORDER FOR**
**THIRD ADJOURNMENT OF SCHEDULING ORDER DATES**

This matter came before the Court on the stipulation of the Parties. The Court is advised and orders that the scheduling order in this matter [Dkt. No. 36, as revised by Dkt. Nos. 42 and 44] is hereby revised as follows:

| | **Current Date** | **Revised Date** |
|---|---|---|
| **Discovery Cutoff** | January 31, 2014 | June 2, 2014 |
| **Motion Cutoff** | April 1, 2014 | July 31, 2014 |
| **Mediation/Settlement (ADR) Referral** | May 30, 2014 | September 29, 2014 |
| **Final Pretrial** | September 8, 2014 at 1:00 pm | January 6, 2015 at 1:00 pm |
| **Jury Trial** | September 23, 2014 at 9:00 am | January 20, 2015 at 9:00 am |

So Ordered.

January 24, 2014

s/ Bernard A. Friedman
Hon. Bernard A. Friedman
United States District Judge