UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Progressive Casualty Insurance
Company,

                    Plaintiff(s),

v.                                       Case No. 2:11–cv–14816–BAF–MKM
                                          Hon. Bernard A. Friedman

Federal Deposit Insurance
Corporation as Receiver of
Michigan Heritage Bank, et al.,

                    Defendant(s),

**NOTICE OF MOTION HEARING**

    You are hereby notified to appear before Magistrate Judge Mona K. Majzoub at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 642.  The following motion(s) are scheduled for hearing:

       Motion to Compel – #48

- MOTION HEARING:  May 20, 2014 at 01:30 PM

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/L. Bartlett
                                                          Case Manager

Dated:  April 29, 2014